**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**ALLEN POLK**                                                                                        **PLAINTIFF**
**ADC # 096606**

**v.**                                          **Case No. 4:23-cv-943-JM**

**LISA NEALE, Driver Control Hearing
Officer, DFA**                                                                                        **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 2nd day of May, 2024.

_____
UNITED STATES DISTRICT JUDGE